JON P. NEUSTADTER (SBN 172348)
GREG B. SHERMAN (SBN 253832)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8151
Facsimile: (310) 551-8181
E-Mail: jneustadter@health-law.com

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMI/HTI TARZANA ENCINO JOINT VENTURE formerly dba Encino-Tarzana Regional Medical Center - Tarzana Campus, AMI/HTI TARZANA ENCINO JOINT VENTURE formerly dba Encino-Tarzana Regional Medical Center, JFK MEMORIAL HOSPITAL, INC. dba John F. Kennedy Memorial Hospital, LAKEWOOD REGIONAL MEDICAL CENTER, INC. dba Lakewood Regional Medical Center, SAN DIMAS COMMUNITY HOSPITAL formerly dba San Dimas Community Hospital, TENET HEALTHSYSTEM DESERT, INC. dba Desert Regional Medical Center, and TENET 1500 SAN PABLO, INC. formerly USC University Hospital, Inc., formerly dba USC University Hospital,<br><br>Plaintiffs,<br><br>vs.<br><br>KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services,<br><br>Defendant. | CASE NO. CV 11-1062 DSF (OPx)<br><br>**ORDER OF DISMISSAL** |

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

2039939.1

1
STIPULATION OF DISMISSAL

Pursuant to the Stipulation for Dismissal signed by the parties, and good cause appearing therefore, the Court hereby orders that the entire action be dismissed with prejudice pursuant to Rule 41.  Each party will bear its own costs and fees.

Date:  October 5, 2011

*Dale S. Fischer*

The Honorable Dale S. Fischer

2